UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDREW TORO, on behalf of himself and all others similarly situated,

Plaintiffs,

-against-

Greenfield World Trade, Inc.,

Defendants.

23-CV-3291 (JGLC)

**ORDER TO SHOW CAUSE**

JESSICA G. L. CLARKE, United States District Judge:

This case has been reassigned to the undersigned. On April 20, 2023, Plaintiff filed its complaint with the Court. Defendant executed a waiver of service on May 22, 2023. To date, Defendant has not appeared in this action and has not answered or otherwise responded to the complaint. The deadline for Defendant to answer elapsed on July 18, 2023.

In light of the fact that Defendant has not answered or otherwise made an appearance in this action, IT IS HEREBY ORDERED that Plaintiff shall file a motion for default judgment in accordance with the Court's Individual Rules and Local Rule 55 no later than **August 31, 2023**. Failure to timely file a motion for default judgment may result in dismissal for failure to prosecute.

Dated: August 15, 2023
New York, New York

SO ORDERED.

JESSICA G. L. CLARKE
United States District Judge